PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                v.<br><br>KEVIN LESLIE GIPSON,<br>                          Defendant. | CASE NO.  2:24-CR-00272-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 16, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on January 16, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until March 20, 2025, at 9:30 a.m., and to exclude time between January 16, 2025, and March 20, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced more than 1,000 pages of discovery consisting of investigative reports, photographs, and other documentary evidence, in addition to audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant Kevin Leslie Gipson desires additional time to review discovery, research the charge and potential defenses, conduct independent investigation, and consult with her client.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 16, 2025 to March 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 8, 2025                          PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ JESSICA DELANEY
                                                JESSICA DELANEY
                                                Assistant United States Attorney


Dated:  January 8, 2025                          /s/ MEGHAN MCLOUGHLIN
                                                MEGHAN MCLOUGHLIN
                                                Counsel for Defendant
                                                Kevin Leslie Gipson

1

2
**ORDER**

3
IT IS SO FOUND AND ORDERED this 10th day of January, 2025.

4

5

6
_____

7
Troy L. Nunley
Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28