MICHELE BECKWITH
Acting United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00272-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KEVIN LESLIE GIPSON, | DATE: March 17, 2025 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on March 17, 2025.

2. By this stipulation, defendant now moves to continue the status conference until April 10, 2025, at 9:30 a.m., and to exclude time between March 17, 2025, and April 10, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced more than 1,000 pages of discovery consisting of investigative reports, photographs, and other documentary evidence, in addition to audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant Kevin Leslie Gipson desires additional time to review discovery, research the charge and potential defenses, conduct independent investigation, and consult with her client. In addition, defense counsel has recently received criminal history

records that pertain to potential guideline enhancements which she needs to review, analyze, and discuss with her client.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2025 to April 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 12, 2025   MICHELE BECKWITH
   Acting United States Attorney

   /s/ JESSICA DELANEY
   JESSICA DELANEY
   Assistant United States Attorney

Dated: March 12, 2025   /s/ MEGHAN MCLOUGHLIN
   MEGHAN MCLOUGHLIN
   Counsel for Defendant
   Kevin Leslie Gipson

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

## ORDER

IT IS SO FOUND AND ORDERED this 12th day of March, 2025.

_____
Troy L. Nunley
Chief United States District Judge