IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>**KEVIN LESLIE GIPSON**<br><br>  Defendant. | CR NO: 2:24-cr-272 TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Kevin Leslie Gipson
Detained at: Sacramento County Main Jail
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: 18 U.S.C. § 2422(b)
  or
  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
  or
  b.) ☒ be retained in federal custody until final disposition of federal charges, on the basis of the federal detention order issued October 7, 2024

*Appearance is necessary on April 24, 2025, at 9:30 a.m. before Chief Judge Troy Nunley in the Eastern District of California*

Signature: */s/ Jessica Delaney*
Printed Name & Phone No: Jessica Delaney, 916-554-2785
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee for a hearing on April 24, 2025, and prosecution in the above-captioned case in the Eastern District of California.

Dated: 4/16/2025          /s/ Allison Claire
                         Honorable Allison Claire
                         U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 24050816 | DOB: | 01/14/1966 |
| Facility Address: | 651 I Street, Sacramento CA 95814 | Race: | White |
| Facility Phone: | 916-874-6752 | FBI#: | 267368NA4 |
| Currently | In custody of the State of California | | |

## RETURN OF SERVICE

Executed on: _____   _____
                                  (signature)