HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
KEVIN LESLIE GIPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LESLIE GIPSON<br><br>Defendant. | Case No. 2:24-CR-00272-TLN<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**<br><br>DATE: February 5, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Counsel for Defendant Kevin Leslie Gipson, by and through his counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jessica Delaney, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on February 5, 2026. Dkt. 15.

2. By this stipulation, defendant now moves to continue the sentencing hearing until March 26, 2026 at 9:30 a.m. The parties agree to the following schedule, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | March 26, 2026 |
| Reply/Statement of Non-Opposition: | March 19, 2026 |
| Formal Objections to PSR: | March 12, 2026 |
| Final PSR: | March 5, 2026 |

| | |
|---|---|
| Informal Objections to PSR: | February 26, 2026 |
| Draft PSR: | February 12, 2026 |

As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    Counsel for defendant has recently returned from extended medical leave. A probation interview is scheduled for January, and counsel requires additional time for her mitigation investigation.

        b)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)    The government does not object to the continuance.

IT IS SO STIPULATED.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: December 19, 2025         */s/ Meghan D. McLoughlin*
                                      MEGHAN MCLOUGHLIN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      KEVIN LESLIE GIPSON


                                      ERIC GRANT
                                      United States Attorney

Dated: December 19, 2025         */s/ Jessica Delaney*
                                      JESSICA DELANEY
                                      Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of December 2025.

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE