# EXHIBIT B

# CHARACTER LETTERS

Good Afternoon,

I am writing this letter in support of my husband, Kevin Leslie Gipson. I understand the seriousness of the situation, and I want to share my perspective on the man I know and the role he plays in our family.

My husband Kevin is a devoted and hardworking person who has always taken his responsibilities seriously. At home, he is a loving partner and a steady presence. I have seen him take accountability for his actions and express genuine remorse for the circumstances that brought him before the court.

I truly believe he is capable of continuing on a better path with the right support and opportunity. He has and will continue to have my support.

Thank you for taking the time to read my letter and for considering my perspective. I appreciate the difficult decisions you must make and the fairness with which you approach them.

Respectfully,

Jackie Ford

January 17, 2026

To Whom this may concern,

My name is Diana Mendoza, and I am writing this letter on behalf of my brother Kevin Gipson. I am hoping this will help you understand our childhood growing up.

We grew up in a non-loving home, Kevin and I knew at a very young age that we were not wanted nor loved by our parents. Unlike our younger sister Kathy who had love and affection from both our parents.

When my mother was 14, she got together with my father (who was approx. 12 years older than her he picked her up on the side of a road). My father has 2 children with his first wife whom we have never met. Our mother got pregnant at the age of 15, my brother was born in January 1966, and I was born in December 1966, both my brother and I were born in Texas, when I was 3 months (Kevin was just around a year old) my parents moved to California where my father took a job as a foreman on a turkey ranch. Our younger sister Kathy was born in California in November 1970.

At a very young age I realized, and I think Kevin realized as well that our parents did not care about him or I, our sister, who was always the center of attention, got everything she wanted. Our mother was a stay-at-home mom, she was always sitting or lying on the couch watching TV drinking Pepsi and eating chips. She would not clean the house; piles of trash would accumulate and then she would tell my brother and I to pick it up. There would be garbage bags of trash we picked up at any given time we were told to do so. The kitchen was always filthy, dirty dishes, garbage and roaches everywhere. We never had food, we lived on beans and potatoes.

When our father got paid, we would go the store and the main items bought were can food, 50lb bag of potatoes, beans, beer, chewing tobacco, Pepsi and chips. We would get to pick out 1 candy bar.

Kevin and I enjoyed school because it got us out of the house, and we had food at school. Kevin and I always stuck together growing up we loved being out of the house as much as we could venturing on the ranch, hanging with the turkeys and ranch hands or helping on the ranch.

I remember at a young age when my parents would sit on the couch watching TV, my father would fondle her breasts with us kids in the room on a regular basis.

My father drank approx. 6 to 12 beers a night. My parents fought all the time and when they had a big fight our mother would pack us kids up, taking us out of school, put us in the car and go to wherever her mother was at that time as she also moved around a lot. Some of the places our mother moved us to were Arizona, Arkansas, New Mexico, Louisiana, Texas. Then after a few weeks or months she would come back to our father.  This was our cycle growing up. This is how we lived for probably the first 9/10 years of our life.

That cycle ended; when we were 10 or 11-years old Kevin, and I got out of school, our mother was parked in front of the school with a packed car and our sister. We were told to get in the car, we are

leaving. I replied to my mother "NO I am not getting in the car; I am tired of you packing us up and leaving" our mother drove off leaving my brother and I behind.

After my mother left, my aunt and grandma would come to the ranch and make dinner for us and clean the house (only when they came, would we have food and a clean house). Also, shortly after our mother left my brother and I behind, my father began sexually abusing me. This continued for a couple of years until my brother told my aunt. (I am not sure how long my brother knew or if he was even aware prior to him telling my aunt about the abuse. Kevin and I never talked about it) My aunt removed me from the house and went to juvenile court, but the courts did nothing. I did continue to have contact with my brother while living with my aunt but did not see him much as my aunt kept me away from my father. I lived with my aunt until the age of 14 the one day she told me she was tired of me and dropped me off at Valley of the Moon Children's home. I was there until the age of 15 and did not have any contact with my brother during that time.

Kevin was 16 and I was 15 my mother returned home back to my father after giving birth to a child in New Mexico and giving her away before coming back to California. I was returned to the care of my parents at the age of 15. Kevin and I continued to stick together after I returned home. I got pregnant at the age of 15, had my son at 16 and moved out of my parents' house. At that time Kevin continued to talk and visit whenever we had a chance. Kevin moved out not long after I did and then we saw each other more often.

Boths our parents are deceased, all through our childhood, teenage years and adulthood we never heard them say "I love you" or even got a hug from them. Kevin and I grew up not being close to our parents or younger sister Kathy, and until this we still don't have a close relationship with Kathy.

Kevin and I have always been there for each other through good times and bad times whether it be in person, or on the phone. We always talked daily, and we would get together for visits or family gatherings. I am always there for him and will support him no matter what the situation may be. I look forward to having him back with the family when the time comes.


Thank you for your time,

Diana Mendoza