HEATHER E. WILLIAMS, Bar No.122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KEVIN GIPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:24-cr-00272-TLN |
| *Plaintiff,* | **ORDER FILING UNDER SEAL** |
| vs. | Date:   March 26, 2026 |
| KEVIN GIPSON, | Time:  9:30 a.m. |
| *Defendant.* | Court: Hon. Troy L. Nunley |

GOOD CAUSE APPEARING, upon application of Defendant Kevin Gipson, the Court orders that Exhibit A to Defendant's *Sentencing Memorandum* shall be filed under seal.  The aforementioned documents shall be made available to Assistant United States Attorney Jessica Delaney and Assistant Federal Defender, Meghan McLoughlin.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Date: March 23, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE